UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 04-44554-JBR |
| ) | Chapter 13 |
| Diane L. Anderson, ) | |
| Debtor ) | Adversary Proceeding No. 06-04137 |
| ) | |
| Diane L. Anderson, ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| Ameriquest Mortgage Company ) | |
| AMC Mortgage Services, Inc., ) | |
| Defendants. ) | |
| ) | |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL MOTION TO DISMISS OF DEFENDANTS AMERIQUEST MORTGAGE COMPANY AND AMC MORTGAGE SERVICES, INC.**

The defendants, Ameriquest Mortgage Company and AMC Mortgage Services, Inc., hereby move for leave to file their Supplemental Motion to Dismiss and Memorandum of Law in Support thereof.

On May 24, 2006, plaintiff, Diane L. Anderson, filed a Complaint alleging that defendants had committed unlawful mortgage origination and servicing practices. On June 30, 2006, defendants filed a Motion to Dismiss Counts IV, V, VII and VIII of the Complaint. Defendants subsequently discovered grounds warranting the dismissal of Count I, alleging violation of 12 U.S.C. §2605, the Real Estate Settlement Procedures Act ("RESPA"), and therefore request leave from the Court to file a Supplemental Motion to Dismiss with regard to Count I.

Allowing the defendants to file a Supplemental Motion to Dismiss will conserve the resources of both the Court and the parties. Insofar as the arguments asserted in support of the supplemental motion are dispositive of Count I, they are properly addressed by the Court before

08/04/2006
ALLOWED.

1